UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-24224-PCH

WINDY LUCIUS,

    Plaintiff,

v.

BARBARA STURM USA CORP

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties sixty (60) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

    Respectfully submitted on this February 6, 2023.

    By: */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    FBN: 628166
    J. COURTNEY CUNNINGHAM, PLLC
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    T: 305-351-2014
    cc@cunninghampllc.com
    legal@cunninghampllc.com

    *Counsel for Plaintiff*

Lucius v. Barbara Sturm USA Corp
Case No. 22-cv-24224-PCH

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*