**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-24224-PCH**

**WINDY LUCIUS,**

    *Plaintiff*,

**v.**

**BARBARA STURM USA CORP,**

    *Defendant*.

_____/

**CLOSED CIVIL CASE**

**ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE**

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [ECF No. 10], filed on February 28, 2023. The Court is advised that Plaintiff wishes to voluntarily dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure, 41(a). Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All pending motions are thus **DENIED AS MOOT.** The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, on March 1, 2023.

_____
Paul C. Huck
United States District Judge

<u>CC</u>: All Counsel of Record